UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| WILLIAM HERNANDEZ, | ) | |
| | ) | |
| Petitioner, | ) | No. 7:24-CV-21-REW |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | JUDGMENT |
| | ) | |
| Respondent. | ) | |

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court **ORDERS** as follows:

1. The Court **DISMISSES** Hernandez's DE 1 petition as moot; and

2. The Courts **DIRECTS** the Clerk to **STRIKE** this matter from its active docket.

This the 15th day of July, 2024.

Signed By:
*Robert E. Wier*
United States District Judge

1